IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEAH ZATUCHNI,<br>*By her legal guardian,*<br>                    Plaintiff,<br><br>v.<br><br>ESTELLE RICHMAN,<br>Secretary Pennsylvania Department of Public Welfare, *in her official capacity*, et al.,<br>                    Defendants. | CIVIL ACTION<br>No. 07-cv-4600<br><br>FILED<br><br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk |

**ORDER**

**AND NOW**, this 11th day of May 2009, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint [Document No. 49], and Defendants' Responses [Document Nos. 69, 70 & 71], it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff's Motion to substitute the "Board of Commissioners of Montgomery County in their Official Capacity" as Defendant in place of Defendants Thomas J. Ellis, James E. Matthews and Ruth S. Damsker is **GRANTED** as unopposed;

2. Plaintiff's Motion to remove any reference to 28 C.F.R. §§ 35.130(d) and 41.51(d) in Leah's ADA and RA claim is **GRANTED** as unopposed;

3. Plaintiff's Motion to assert a claim for violation of her right to due process before being deprived of property against the Board of Commissioners and its employee, Barry Milankow, is **GRANTED**, except that Plaintiff may not seek punitive damages from defendants sued in their official capacity, including the Board of Commissioners of Montgomery County; and

4.   Plaintiff's Motion to assert a state law battery claim against Melmark and its employees, George P. Linke, Jr., Christopher H. White, Jean Calvarese-Donovan and Susan Faggioli, is **DENIED**.

Plaintiff may file an Amended Complaint on or before **May 26, 2009**.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.