IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEAH ZATUCHNI,<br>*By her legal guardian*,<br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ESTELLE RICHMAN,<br>*Secretary Pennsylvania Department of Public Welfare, in her official capacity*, et al.,<br>　　　　　　　Defendants. | CIVIL ACTION<br>No. 07-cv-4600 |

## ORDER

**AND NOW**, this 30th day of June 2009, upon consideration of the Motion of Defendant, Melmark, Inc., to Dismiss Plaintiff's Complaint, Pursuant to F.R.C.P. 12(b)(6) [Document No. 38], Plaintiff's Response [Document Nos. 42 & 43], Defendant Melmark's Reply [Document No. 45], Plaintiff's Sur-reply [Document No. 48] and the parties' Supplemental Filings ordered by the Court [Document Nos. 85, 90 & 95], it is hereby **ORDERED** that Defendant Melmark's Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**